HIRAM SWEZEY, Respondent, *v.* THE VILLAGE OF BATAVIA, Appellant.

*Swezey* v. *Village of Batavia,* 121 App. Div. 926, affirmed.
(Argued January 8, 1908; decided January 28, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial depart-

ment, entered October 4, 1907, which affirmed an order of Special Term adjudging the defendant guilty of contempt of court and imposing a fine therefor.

The following question was certified: " Did the defendant refuse or willfully neglect to comply with the judgment rendered in this action?"

*Myron H. Peck* for appellant.

*Henry W. Conklin* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.